FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2010 NOV 16   AM 10: 54

CLE... U.S. ... CT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

MARVETTE TOOKES,
  Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC. and
DEUTSCHE BANK NATIONAL TRUST COMPANY,
  Defendants.

            /

CASE NO.:

3: 10-cv- 1053-J-32 JBT

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, **MARVETTE TOOKES**, by and through undersigned counsel, and files this Complaint against the Defendants, **OCWEN LOAN SERVICING, LLC,** and **DEUTSCHE BANK NATIONAL TRUST COMPANY** and alleges:

### JURISDICTION

1.  Jurisdiction of this Court arises under 28 US.C. § 1331 and pursuant to 15 U.S.C. §1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2.  This action arises out of repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), the Florida Consumer Collection Practices Act ("FCCPA"), Section 559.55 et seq. of the Florida Statutes, and the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Section 501.201 et seq. of the Florida Statutes, by the Defendants and its agents in their illegal efforts to collect a consumer debt from the Plaintiff.

3.  Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendants transact business here.

## PARTIES

4.      Plaintiff is a natural person who resides in Jacksonville, Duval County, Florida and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3) Sections 559.55(2) and 501.203(7), Fla. Stat.

5.      Defendant, OCWEN LOAN SERVICING, LLC (hereinafter "OCWEN") is a "debt collector" as that term is defined by 15 U.S.C §1692a(6).

6.      Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY (hereinafter "DEUTSCHE BANK") is a "debt collector" as that term is defined by 15 U.S.C §1692a(6).

## FACTUAL ALLEGATIONS

7.      Plaintiff, a single mother and a nurse, allegedly incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and Section 559.55(1), Fla. Stat. namely a mortgage to Equifirst Corporation that was executed on June 7, 2006.

8.      Sometime thereafter the mortgage was in default, the debt was consigned, placed or otherwise transferred to Defendant OCWEN for servicing and collection from the Plaintiff.

9.      On March 29, 2010, after the debt was in default, the mortgage was assigned to Defendant, DEUTSCHE BANK.

10.      On June 15, 2009, Defendant DEUTSCHE BANK filed a foreclosure complaint against Plaintiff in Duval County, Florida.  A copy of the docket is attached as Exhibit A.

11.      On June 29, 2009, Defendant filed her Answer and Affirmative Defenses, in which she stated that she was interested in a loan workout and stated that Plaintiff failed to serve a payoff

notification 30 days prior to filing the action, failed to prove it was the owner of the loan, and failed to remediate with payment options.

12.     On April 28, 2010, prior to the sale of Plaintiff's home, Defendant OCWEN mailed Defendant a proposed modification agreement, which is attached as Composite Exhibit B. OCWEN states that "in the event that a foreclosure is pending, the foreclosure action will not be dismissed.  However, OCWEN will take reasonable action to **place it on hold** pending your completion of the Trial Period." And says further, **"However, no foreclosure sale will be conducted and you will not lose your home during the HAMP evaluation."**

13.     Despite the Defendant's representations, **Plaintiff's home was sold on July 12, 2010**.

14.     On July 14, 2010, Plaintiff's servicing agent, OCWEN mailed Defendant a letter thanking her for application for loan modification and asking her for additional information.  In bold print it requests that the information must be received by 8/13/2010 and says further, **"However, no foreclosure sale will be conducted and you will not lose your home during the HAMP evaluation."**

15.     On July 16, 2010, Plaintiff's servicing agent, OCWEN mailed Defendant a letter thanking her for application for loan modification and asking her for additional information.  In bold print it request that the information must be received by 8/13/2010 and says further, **"However, no foreclosure sale will be conducted and you will not lose your home during the HAMP evaluation."** (See Composite Exhibit B.)

16.     On July 12, 2010, Plaintiff found out that her home had been sold despite the representations of the Defendant OCWEN.   As a single mother with limited resources, Plaintiff suffered extreme emotional distress upon finding out that her home had been sold. Plaintiff had no idea if she and her child would be immediately forcible ejected from her home. Plaintiff was

forced to obtain legal counsel at considerable expense and on July 27, 2010, filed an Emergency Motion to Vacate Certificate of Title and Final Judgment of Foreclosure.

17.     On August 18, 2010, Circuit Judge Mitchell granted Plaintiff's emergency motion setting aside the sale of the home due to misleading communications which stated that Plaintiff's home would not be sold.

### ***Summary***

22.     All of the above-described collection actions and communications made to Plaintiff by Defendants and their employees were made in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692d, 1692e, 1692e(10), 1692(f), amongst others, the FCCPA, including but not limited to Section 559.72 (9) and/or the FDUTPA.

23.     The "least sophisticated consumer standard" is consistent with basic consumer protection principals. *Jeter v. Credit Bureau, Inc.*760 F.2d 1168 at1172-75(11th Cir. 1985). "The law was not made for the protection of experts, bur for the public-that vast multitude which includes the ignorant, the unthinking, and the credulous." Id. at 1172-73 (quoting in part Fed. Trade Comm'n v. Standard Educ. Society, 302 U.S. 112, 116, 58 S.Ct. 113 82 L.d. 141 (1937). It was reasonable for Plaintiff, a "least sophisticated consumer" to believe that her home would not be sold and when the home was indeed sold that she and her child might be forcibly ejected from her home.

24.     Defendants' illegal abusive collection efforts, as more fully described above, were the direct and proximate cause of emotional distress on the part of Plaintiff and caused her unnecessary personal strain.

25.     Plaintiff has suffered actual damages as a result of these illegal collection communications by the Defendant in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, and embarrassment, amongst other negative emotions, as well as

suffering financial hardship and incurring additional financial debts due to the necessity of hiring counsel to set aside the sale of her home.

## TRIAL BY JURY

26.     Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. US Const. amend. 7. Fed.R.Civ.P.38.

## CLAIMS FOR RELIEF

### COUNT I: VIOLATIONS OF THE FAIR
### DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

27.     Plaintiff incorporates by reference paragraphs seven (7) through twenty-five (25) of this Complaint as though fully stated herein.

28.     The foregoing acts of Defendants and their agents to collect on the  debt constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to Plaintiff.

29.     As a result of Defendants violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)( A): and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendants.

### COUNT II: VIOLATIONS OF THE FLORIDA
### CONSUMER COLLECTION PRACTICES ACT
### Section 559.55 et seq., Fla. Stat.

30.     Plaintiff incorporates by reference paragraphs seven (7) through twenty-five (25) of this Complaint as though fully stated herein.

31.     As a result of Defendants violations of the FCCPA, Plaintiff is entitled to actual damages and statutory damages in an amount up to $1,000.00 and reasonable attorney's fees and costs pursuant to Section 559.77 from Defendant.

32.     Additionally, Section 559.77 provides a court may award punitive damages as well as equitable relief to Plaintiff such as enjoining further illegal collection activity.

## COUNT III
## VIOLATIONS OF THE FLORIDA DECEPTIVE & UNFAIR TRADE PRACTICES ACT
### Section 501. et seq., Fla. Stat.

33.     Plaintiff incorporates by reference paragraphs seven (7) through twenty-five (25) of this Complaint as though fully stated herein.

34.     This is an action for damages and an injunction for violation of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA) against Defendant in the attempted co collection of debt.

35.     At all times relevant to this Complaint, Defendant was engaged in the business of debt collection.

36.     The alleged debt in this cause is a "consumer transaction" within the scope of the FDUTPA.

37.     In engaging in the conduct more specifically described in the Factual Allegations above, Defendant committed deceptive and unfair trade practices in connection with attempting collect a debt. Furthermore, Plaintiff suffered actual economic damages due to her attorney fees incurred in setting aside the foreclosure sale.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendants:

## COUNT I: VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendants and for Plaintiff;

- for an award of statutory damages of $1,000.00 pursuant to  15 U.S.C.§ 1692k(a)(2)(A) against Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. §1692k(a)(3) against Defendants and for Plaintiff; and

- for such other relief as this Court deems just and proper.

## COUNT II: VIOLATIONS OF THE FLORIDA
## CONSUMER COLLECTION PRACTICES ACT
### Section 559.55 et seq., Fla. Stat.

- for an award of actual damages pursuant to Section 559.77 against Defendants and for Plaintiff;

- for an award of statutory damages of $1,000.00 pursuant to Section 559.77 against Defendants and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to Section 559.77 against Defendants and for Plaintiff;

- for an injunction to enjoin further collection and transfer of the alleged debt and requiring that the debt be removed from Plaintiff' credit reports; and

- for such other relief as this Court deems just and proper.

## COUNT III
## VIOLATIONS OF THE FLORIDA DECEPTIVE & UNFAIR TRADE PRACTICES ACT
### Section 501.201 et seq., Fla. Stat.

- for an award of actual damages pursuant to Section 501.211 against Defendants and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to Section

501.211 against Defendants and for Plaintiff;

- for an injunction to enjoin further collection and transfer of the alleged debt and requiring that the debt be removed from Plaintiff's credit report; and for such other relief as this Court deems just and proper.

COLLINS & STORY, P.A.

Max Story, Esquire
Florida Bar No. 0527238
233 East Bay Street, Suite 920
Jacksonville, Florida 32202-3456
Telephone: (904) 355-0805
Fax: (904) 634-1507
Email: max@collinsstorylaw.com
Attorney for Plaintiff

## DEUTSCHE BANK NATIONAL TRUST COMPANY 16-2009-CA-009207-XXXX-MA

**Division:** FC-A
**Clerk File Date:** 06/15/2009

**Fee's / Fines:** $1.00

### Party(s)

| Full Name | Party Type | Sex | Race | DOB | License # | Address | Party Attorney |
|---|---|---|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | PLAINTIFF | BUSINESS | | | | | Miculitzki, Yanina 1800 NW 49th St Ste 120 Ft Lauderdale FL 333093092 (954) 453-0365 |
| TOOKES, MARVETTE | DEFENDANT | | | | | | |
| MORSE OAKS HOMEOWNERS ASSOCIATION INC., | DEFENDANT | BUSINESS | | | | | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED, | DEFENDANT | BUSINESS | | | | | |

### Case Fee(s)

| Effective Date | Description | Amount | Paid | Balance | In Collections |
|---|---|---|---|---|---|
| 06/15/2009 | CIR/FORECLOSURE 6/1/09 | $956.00 | $955.00 | $1.00 | |
| 07/13/2010 | CIR/JUDICIAL SALE-Forecl-Plaintiff | $70.00 | $70.00 | $0.00 | |
| 07/13/2010 | CIR/JUDICIAL SALE-Forecl-Plaintiff | $70.00 | $70.00 | $0.00 | |

### Court Event(s)

No Court Events

### Docket(s)

| Image | Effective Date | Count | Description |
|---|---|---|---|
| | 6/15/2009 | | FORECLOSURE |
| | 6/15/2009 | | COVER SHEET |
| | 6/15/2009 | | COMPLAINT, NOTICE OF LIS PENDENS, SUMMONS ISSUED 5 |
| | 6/15/2009 | | VALUE OF REAL PROPERTY OR MORTGAGE FORECLOSURE CLAIM |
| | 6/15/2009 | | NOTICE OF LIS PENDENS BOOK 14910 PAGE 1454-1454 |
| | 6/15/2009 | | CASE FEES PAID: $955.00 ON RECEIPT NUMBER 716112 |
| | 6/25/2009 | | SUMMONS RETURNED INDICATING SERVICE MARVETTE TOOKES |

**Exhibit** 

| | Date | | Description |
|---|---|---|---|
| 📄 | 6/25/2009 | | SUMMONS RETURNED NOT SERVED UNKNOWN SPOUSE OF MARVETTE TOOKES |
| 📄 | 6/25/2009 | | SUMMONS RETURNED INDICATING SERVICE ELECTRONIC DATA SYSTEMS LLC. |
| 📄 | 6/25/2009 | | SUMMONS RETURNED INDICATING SERVICE MORSE OAKS HOMEOWNERS ASSOCIATION INC. |
| 📄 | 6/25/2009 | | SUMMONS RETURNED NOT SERVED UNKNOWN TENANT |
| 📄 | 6/29/2009 | | ANSWER AND AFFIRMATIVE DEFENSE |
| 📄 | 10/23/2009 | | NOTICE OF HEARING 11/19/2009 9:30 |
| 📄 | 10/23/2009 | | MOTION FOR SUMMARY JUDGMENT (FINAL) OF FORECLOSURE |
| 📄 | 10/23/2009 | | AFFIDAVIT AS TO INDEBTEDNESS |
| 📄 | 10/23/2009 | | AFFIDAVIT AS TO COSTS |
| 📄 | 10/23/2009 | | AFFIDAVIT AS TO ATTORNEY'S FEES |
| 📄 | 10/23/2009 | | AFFIDAVIT OF ATTORNEY'S TIME AND EFFORT |
| 📄 | 10/23/2009 | | NOTICE OF DROPPING PARTY |
| 📄 | 10/23/2009 | | MOTION FOR DEFAULT |
| 📄 | 10/28/2009 | | DEFAULT MORSE OAKS HOMEOWNERS ASSOC. INC;MERS INC |
| 📄 | 4/27/2010 | | NOTICE OF HEARING RENOTICE, 06022010, 920 AM., ROOM 208 |
| 📄 | 4/27/2010 | | NOTICE OF FILING ORIGINAL NOTE |
| | 5/23/2010 | | CASE TRANSFERRED FROM DIVISION CV-A TO FORECLOSURE DIVISION FC-A |
| 📄 | 6/2/2010 | | NOTICE OF SALE 07/12/2010 11:00AM |
| 📄 | 6/2/2010 | | FINAL JUDGMENT OF FORECLOSURE BOOK 15261 PAGE 2399-2403 |
| 📄 | 6/4/2010 | | FINAL DISPOSITION FORM |
| 📄 | 7/12/2010 | | THIRD PARTY BID SHEET |
| 📄 | 7/12/2010 | | CONDUCT SALE-FEE PD-BID BY PLTF-CERTIFICATE OF SALE AND PROOF BID AMT.$100.00 BOOK 15303 PAGE 111-112 |
| 📄 | 7/13/2010 | | CASE FEES PAID: $70.00 ON RECEIPT NUMBER 1052032 |
| 📄 | 7/13/2010 | | CASE FEES PAID: $70.00 ON RECEIPT NUMBER 1052035 |
| 📄 | 7/26/2010 | | CERTIFICATE OF DISBURSEMENTS |
| 📄 | 7/26/2010 | | CERTIFICATE OF TITLE ISSUED TO DEUTSCHE BANK NATIONAL TRUST COMPANY BK 15321 P0G 54 |

| | 7/27/2010 | | MOTION EMERGENCY MOTINO TO AND TO VACATE CERTIFICATE OF TITLE AND FINAL JUDGMENT OF FORECLOSURE |
|---|---|---|---|
| | 8/12/2010 | | NOTICE OF HEARING FOR 08/18/10 AT 1:30PM, BEFORE PRESIDING CIRCUIT JUDGE |
| | 9/20/2010 | | MOTION FOR WRIT OF POSSESSION IN FORECLOSURE CASE |
| | 9/23/2010 | | ORDER DIRECTING CLERK OF COURT TO ISSUE A WRIT OF POSESSION BOOK 15376 PAGE 1072-1073 |
| | 9/29/2010 | | ORDER TO SET ASIDE DEFAULT FINAL JUDGMENT OF FORECLOSURE BOOK 15384 PAGE 578-579 |



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, no foreclosure sale will be conducted and you will not lose your home during the HAMP evaluation.

**HAMP Eligibility**
• If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.

• If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but no foreclosure sale will be conducted and you will not lose your home.

**Important—Do not ignore any foreclosure notices.**
The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**
Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure.

We are available 24 hrs a day Monday - Thursday, Friday 12:00 am - 7:00pm ET and Saturday 9:00 am to 4:00pm ET.

Sincerely,

Ocwen Loan Servicing, LLC
HELPING HOMEOWNERS IS WHAT WE DO!

## FINANCIAL COUNSELING SERVICES

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:**     1-800-569-4287 www.HUD.gov

**HOPE Hotline Number:**                 1-888-995-4673

# Exhibit B

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

OCWEN

July 14, 2010

Mtookesrn@yahoo.com

Marvette Tookes

Jacksonville, FL 32244

Loan Number:        71054480
Property Address:
                   Jacksonville, FL 32244

Dear Customer,

Thank you for submitting your application for a loan modification.  Based on our review of the information you provided, the following documentation is required to complete the application process.

As of the date of this letter, if you have already submitted the documentation requested below you may disregard this notice.

STEP 1: Please provide a copy of the following documents:

- Your Hardship Affidavit was missing some pages. Please make sure you resend a completed and fully executed copy with all pages.

- Please submit your two most recent consecutive pay stubs with Y-T-D income, for each job, on all borrowers

STEP 2: **The documentation listed above must be received by 08/13/2010.  Failure to provide these documents within the** timeline may delay your application process.  Send a copy of this letter and the documents to the following:

Please send copies.  Do not send originals.

**To expedite processing:  FAX TO: (407) 737-6174  ***** OR *****  SCAN AND E-MAIL TO:** mod@ocwen.com

As an alternative you may also MAIL TO:  Ocwen Loan Servicing, LLC
                                         Attn: Home Retention Department
                                         1661 Worthington Road, Suite 100
                                         West Palm Beach, Florida 33409

If you have any questions, please contact Ocwen at (800) 746-2936. We are available 24 hrs a day Monday - Thursday, Friday 12:00 am - 7:00pm ET and Saturday 9:00 am to 4:00pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

HMDLS.8


OCWEN

### Ocwen Loan Servicing, LLC
### HELPING HOMEOWNERS IS WHAT WE DO!™
### WWW.OCWEN.COM

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, no foreclosure sale will be conducted and you will not lose your home during the HAMP evaluation.

**HAMP Eligibility**
• If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.

• If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but no foreclosure sale will be conducted and you will not lose your home.

**Important—Do not ignore any foreclosure notices.**
The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**
Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure.

We are available 24 hrs a day Monday - Thursday, Friday 12:00 am - 7:00pm ET and Saturday 9:00 am to 4:00pm ET.


Sincerely,

Ocwen Loan Servicing, LLC

HELPING HOMEOWNERS IS WHAT WE DO!


### FINANCIAL COUNSELING SERVICES

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:**    1-800-569-4287 www.HUD.gov

**HOPE Hotline Number:**                 1-888-995-4673

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

July 16, 2010

Marvette Tookes

Jacksonville, FL 32244

Loan Number: 71054480

Dear Customer,

Thank you for submitting your application for a loan modification. Based on our review of the information you provided, the following documentation is required to complete the application process.

As of the date of this letter, if you have already submitted the documentation requested below you may disregard this notice.

**STEP 1:** Please provide a copy of the following documents:

--Your Hardship Affidavit was missing some pages. Please make sure you resend a completed and fully executed copy with all pages.
--Please submit your two most recent consecutive pay stubs with Y-T-D income, for each job, on all borrowers

**STEP 2:**  The documentation listed above must be received by 8/16/2010.  Failure to provide these documents within the timeline may delay your application process.  Send a copy of this letter and the documents to the following:

Please send copies.  Do not send originals.

**To expedite processing:  FAX TO:** (407) 737-6174  ***** OR *****  **SCAN AND E-MAIL TO:** mod@ocwen.com

**As an alternative you may also MAIL TO:** Ocwen Loan Servicing, LLC
                                 Attn: Home Retention Department
                                 1661 Worthington Road, Suite 100
                                 West Palm Beach, Florida 33409

If you have any questions, please contact Ocwen at 1-800-746-2936. We are available 24 hrs a day Monday - Thursday, Friday 12:00 am - 7:00pm ET and Saturday 9:00 am to 4:00pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

**Ocwen Loan Servicing, LLC FINANCIAL COUNSELING SERVICES**

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

---

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| **HUD Approved Housing Counseling:** | 1-800-569-4287 | www.HUD.gov |
| **HOPE Hotline Number:** | 1-888-995-4673 | |

## FREQUENTLY ASKED QUESTIONS

**What happens after I submit my financial package?**

Step 1 – The first step in the approval process is to have your financial package reviewed for completeness. We must make sure that all of the required information has been submitted and the applicable forms are signed and dated appropriately. After you submit the financial package, there is no need to call us to check on it. If your package is incomplete, Ocwen will notify you through a letter indicating what documents are missing or incorrect. If your package is complete, it will automatically move to underwriting.

Step 2 – Once the package has been certified as complete, your application moves to the underwriting stage where your eligibility is determined. If you have applied for assistance on your primary residence and your loan is a first lien, Ocwen will first look to qualify you for the federal government's Home Affordable Modification Program (HAMP). If we determine that you do not qualify for the HAMP modification, we will attempt to qualify you for an Ocwen sponsored modification program automatically. If you are applying for assistance on an investment property or second lien mortgage, you may still qualify for an Ocwen sponsored modification. If you do not qualify for either an HAMP or Ocwen modification, we will send you a letter with information on alternatives.

Step 3 – If you qualify, we will send you either a Trial Period Plan offer or a modification offer depending on the program. It takes approximately 30 days for us to complete our review.

**How can I get an update on the application process?**

If you submit a complete financial package, you may not receive any notification until your eligibility is determined. It is not necessary to call us to obtain an update as your request will be processed in the order in which it is received. The most important thing you can do is to ensure your financial package is complete when submitting your request.

**Will a foreclosure occur if I participate in the Home Affordable Modification program?**

While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements.

**Will it help to speak to an Ocwen Representative?**

We know your time is valuable, so we do not want you to feel the need to follow-up via phone. If you call us while the package is being processed, the representative will not have any new information. Please rest assured our representatives are working diligently to process your application.

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, no foreclosure sale will be conducted and you will not lose your home during the HAMP evaluation.

**HAMP Eligibility**
● **If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.**

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



OCWEN

— *Ocwen Loan Servicing, LLC*

HELPING HOMEOWNERS IS WHAT WE DO!™

WWW.OCWEN.COM

• If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but **no foreclosure sale will be conducted and you will not lose your home.**

**Important—Do not ignore any foreclosure notices.**
The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**
Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure.

We are available 24 hrs a day Monday - Thursday, Friday 12:00 am - 7:00pm ET and Saturday 9:00 am to 4:00pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



OCWEN

**Ocwen Loan Servicing, LLC**
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

July 23, 2010

Marvette Tookes

Jacksonville FL 32244

Mtookesrn@yahoo.com

Loan Number:   71054480
Property Address:
        Jacksonville, FL 32244

Dear Customer:

Thank you for your recent application for a modification under the Making Homes Affordable Program.  Based on our review of the documentation you provided, you are not eligible for a Home Affordable Modification.

- **We are unable to offer you a Home Affordable Modification because: Your loan has undergone foreclosure and the property is currently being marketed for sale. Please contact our representatives at 1-800-74-OCWEN (1-800-746-2936) to discuss the status of the property. {1}**

The Home Affordable Modification option is designed specifically to allow existing homeowners to keep their homes by making mortgage payments affordable, however the plan will not help everyone.  For example, it will not help investor borrowers, borrowers who have no income and cannot make any mortgage payment or if a borrower's current monthly mortgage ratio is less than 31% of their gross monthly income. (Note: Monthly mortgage ratio is the current first mortgage monthly payment, including principal, interest, taxes, insurance and homeowner's association dues, if applicable, divided by the gross monthly income).

**If I'm not eligible for a Home Affordable Modification, then what do I do?**

Remember at Ocwen, HELPING HOMEOWNERS IS WHAT WE DO!™.  We understand that unanticipated changes in your financial situation can impact every area of your life, including your ability to pay your mortgage obligation.  Our Associates and Home Retention Consultants are trained to work with you to set up a plan of action specifically designed to address your current circumstances.  By completing the financial information attached, we can begin the process of presenting you with some alternative solutions to resolve your delinquent mortgage loan.  Below please find a brief description of possible solutions.

HDENY.9

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



### Ocwen Loan Servicing, LLC
### HELPING HOMEOWNERS IS WHAT WE DO!™
### WWW.OCWEN.COM

**OCWEN**

## ALTERNATIVES TO FORECLOSURE

1.  **REPAYMENT PLAN** – A plan that enables you to bring the loan current at the end of the plan period by dividing the delinquent amount by the number of months in the plan and then adding this additional amount to your contractual payment.

2.  **MODIFICATION** – A change to one or more terms of the original mortgage agreement. This may include a change in interest rate, loan balance or term, which may lower your payment and bring the account current.

3.  **LISTING YOUR PROPERTY FOR SALE** - By listing your property, you may receive a sale offer acceptable to both you and to Ocwen. The sale of your property could help you to avoid a foreclosure sale of your home.

4.  **DEED IN LIEU OF FORECLOSURE** - If you do not intend on keeping the property, then depending on your current financial situation Ocwen may accept the deed to the property and extinguish the debt, even if the property is worth less than the loan balance. Title must be clear of any other liens.

## FINANCIAL COUNSELING SERVICES

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| **HUD Approved Housing Counseling:** | (800) 569-4287 | www.HUD.gov |
| **HOPE Hotline Number:** | (888) 995-4673 | |

There are three ways for you to begin the process of working with us to identifying a solution to resolving your delinquent mortgage loan.

**Option 1:**  Visit our website at www.ocwencustomers.com.  Under the Financial Difficulties section, select the Pursue Alternative Payments Option. Here, you can enter your financial information at your convenience. Once you have entered the information, a Home Retention Consultant will review it and then contact you to discuss potential resolution options.

**Option 2:**  Complete the attached form and fax to our Home Retention Processing Department at 407-737-6174. Once you have sent the information, a Home Retention Consultant will review it and then contact you to discuss potential resolution options.

**Option 3:**  Call a Home Retention Consultant to discuss your options. **Call (800) 746-2936**

We are available 24 hrs a day Monday - Thursday, Friday 12:00 am - 7:00pm ET and Saturday 9:00 am to 4:00pm ET.


Sincerely,


Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



OCWEN

## OCWEN LOAN SERVICING, LLC
### HELPING HOMEOWNERS IS WHAT WE DO!™
### WWW.OCWEN.COM

**LAST NAME:** _____  **LOAN NUMBER:** _____

### OCWEN FINANCIAL FORM

| 1. CURRENT EMPLOYMENT INFORMATION | Borrower | Co-Borrower | Co-Borrower |
|---|---|---|---|
| Borrower Name | | | |
| Name of Employer / Self Employed or Unemployed | | | |
| Position / Title | | | |
| Hire Date | | | |
| Business Phone  (With area code) | | | |
| How often are you paid?■ Weekly ■ Every other week ■ Monthly ■ Twice a month | | | |

| 2. INCOME RECEIVED PER MONTH | Borrower | Co-Borrower | Co-Borrower |
|---|---|---|---|
| GROSS Pay Stubs (Before payroll deductions) | $ | $ | $ |
| NET Pay Stubs (Gross minus payroll deductions) | $ | $ | $ |
| Overtime Pay (Average per month and not included in above) | $ | $ | $ |
| Commissions (Average per month and not included in above) | $ | $ | $ |
| Bonus (Average per month and not included in above) | $ | $ | $ |
| Tips (Average per month and not included in above) | $ | $ | $ |
| Self Employed Income | $ | $ | $ |
| Social Security | $ | $ | $ |
| Disability | $ | $ | $ |
| Retirement | $ | $ | $ |
| Death Benefit | $ | $ | $ |
| Pension | $ | $ | $ |
| Alimony | $ | $ | $ |
| Child Support | $ | $ | $ |
| Unemployment | $ | $ | $ |
| Public Assistance | $ | $ | $ |
| GROSS Rental Income (See Section 7 below) | $ | $ | $ |
| Other Income | $ | $ | $ . |
| Description of Other Income: | | | |

| 3. COMBINED ASSETS | Borrower | Co-Borrower | Co-Borrower |
|---|---|---|---|
| Total Checking Account(s) | $ | $ | $ |
| Total Savings Account(s) / Money Market | $ | $ | $ |
| Stocks / Bonds / CD's | $ | $ | $ |
| 401k / Employee Stock Ownership Plan | $ | $ | $ |
| Car(s) (Estimated value less any loans outstanding) | $ | $ | $ |
| Life Insurance (Whole Life / Term) | $ | $ | $ |
| IRA / Keogh Accounts | $ | $ | $ |
| Other Assets (For Real Estate Complete Section 7 below) | $ | $ | $ |
| Description of Other Assets: | | | |

| 4. HOUSING EXPENSES PAID PER MONTH (For the property related to this application) | | 5. LIVING EXPENSES PAID PER MONTH | | 6. MISCELLANEOUS EXPENSES PAID PER MONTH | |
|---|---|---|---|---|---|
| 1ˢᵗ Mortgage Payment (P & I) | $ | Health Insurance | $ | Bank / Finance Loan Payments | $ |
| 2ⁿᵈ Mortgage Payment (P & I) | $ | Medical Bills | $ | Credit Card Payments | $ |
| Monthly Hazard / Homeowners Ins. | $ | Food | $ | Student Loan Payments | $ |
| Electric / Gas | $ | Auto Loan (1) | $ | Charitable Contributions | $ |
| Phone / Cell Phone | $ | Auto Loan (2) | $ | Personal / Life Insurance | $ |
| Water & Sewer | $ | Auto Insurance | $ | Club / Union Dues | $ |
| Home Repair | $ | Auto Gas | $ | Cable TV | $ |
| Home Maintenance | $ | Auto Maintenance | $ | Religious Contributions | $ |
| Homeowners Association Dues | $ | Child Care | $ | Dry Cleaning | $ |
| Monthly Property Tax Payment | $ | Child Support Paid | $ | Clothing | $ |
| Estimated Market Value | $ | Alimony Paid | $ | Entertainment | $ |
| Other Expenses | $ | Other Expenses | $ | School Tuition | $ |
| Description of Other Expenses: | | Description of Other Expenses: | | | |

### ACKNOWLEDGMENT AND AGREEMENT

Certification:  I/We certify that the information provided in this Request for Financial Information is true and correct as of the date set forth opposite my/our signature(s) on this form and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained on this form may result in civil liability and/or criminal penalties. I (We) authorize OCWEN to verify this information, including verification of employment and account balances.

| Borrower's Signature | Date | Co-Borrower's Signature(s) | Date |
|---|---|---|---|
| | | | |



O C W E N

## *Ocwen Loan Servicing, LLC*
## HELPING HOMEOWNERS IS WHAT WE DO!™
## WWW.OCWEN.COM

LAST NAME: _____   LOAN NUMBER: _____

OCWEN FINANCIAL FORM – Page 2

## SECTION 7. – RENTAL INCOME – MUST BE COMPLETED FOR RENTAL INCOME TO BE CONSIDERED
### (This section should include Investment Properties and Second Homes.)

| 7. RENTAL INCOME | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| 1st Mortgage Payment (Monthly P & I) | $ | $ | $ | $ |
| 2nd Mortgage Payment (Monthly P & I) | $ | $ | $ | $ |
| Total Mortgage Balance(s) + Any Liens + Judgments | $ | $ | $ | $ |
| Monthly Hazard/Homeowners Insurance & Tax Expense | $ | $ | $ | $ |
| Monthly Maintenance Expense | $ | $ | $ | $ |
| Estimated Market Value | $ | $ | $ | $ |
| GROSS Monthly Rental Income | $ | $ | $ | $ |

### GENERAL INSTRUCTIONS TO COMPLETE FINANCIAL FORM
The Financial Form should be completed for each borrower whose income is used to pay the Loan.

1.  **CURRENT EMPLOYMENT INFORMATION**
    - Borrowers should only complete requested employer information if they are currently working for employer.
    - Borrowers who are not currently employed should indicate they are "Unemployed" in the box provided.

2.  **INCOME RECEIVED PER MONTH**
    - *All* figures should represent the total amount received in a month for that income category.
    - *GROSS Pay Stubs* – This is the amount of compensation received by an employee each month before any deductions are made for taxes, health benefits, 401k contributions, etc.
    - *NET Pay Stubs* – This is the amount of compensation received by the employee each month after all deductions are made for taxes, health benefits, 401k contributions, etc. This would be the actual dollar amount on the pay check or amount deposited into the employee's bank account, if direct deposit is used.
    - *Overtime Pay, Commissions and Bonuses* – This should be based on a monthly average since the amount received can vary on a monthly basis. For example, if bonus income of $1,200 is received on an annual basis, the amount entered should be $100 ($1,200 divided by 12 months = $100).
    - *Self Employed Borrowers* – The total amount of income received per month should be tied back to the Profit and Loss Statement to be provided under the Document Checklist. A Profit and Loss Statement is a financial statement that summarizes the revenues, costs and expenses incurred during a specific period of time - usually a fiscal quarter or year.
    - *Alimony and Child Support* – Alimony and child support need not be revealed if the Borrower or Co-Borrower(s) do not choose to have it considered for repaying this loan.
    - *GROSS Rental Income* – The total amount of rental income includes all rental income received from space rented within the subject property as well as any additional investment properties or second homes identified in Section 7.

3.  **COMBINED ASSETS**
    - Total account balances for checking, savings or money market accounts should be entered under the specified account type.
    - An Employee Stock Ownership Plan (ESOP) is an employee benefit plan which makes the employees of a company owners of stock in that company.
    - Real Estate assets such as investment properties or if you own a second home should be entered in Section 7.

4.  **HOUSING EXPENSES PAID PER MONTH**
    - Expenses input in this section should be for the property that is subject to the note and mortgage for which the borrower is seeking financial assistance from Ocwen.
    - *Monthly Property Tax Payment* – The amount entered should be your annual property tax assessment divided by 12 months. For example, if your property taxes for 2009 on the subject property are $6,000, then the amount you should enter would be $500 ($6,000 divided by 12 months = $500). If your loan includes an escrow payment for property taxes, then the amount paid in escrow each month for property taxes should be input into the box provided.